Jacob R. Casselberry, Appellant, v. Robert R. Tietenberg, and Another, Respondents. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Belmont J. R. Von Jenney, Respondent, v. Aureliano Eirado, Individually, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Feigl, Moravek & Co., Ltd., Respondent, v. Ernst Feigl, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louisa B. Diener, Respondent, v. Gustave Cerf, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Loretta Irene Gallagher, Respondent, v. Elizabeth (Otherwise Known as "Lizzie") Van Boskerck, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Julia R. Kelsey, Appellant, v. William Bradley, Respondent.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. John J. Lyons, Appellant, v. John J. Hopper, as Register of the County of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas L. Delahunty, Appellant, v. Daniel Sullivan, as President, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

New York Assets Realization Company, Respondent, v. Charles W. Morse, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anita Bush Givens, Respondent, v. Utica Hippodrome Amusement Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present -- Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John M. Givens, Respondent, v. Utica Hippodrome Amusement Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.